IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE ESTATE OF JAMES ROBERT PINDER, et al. | : <br> : <br> : |
| v. | : Civil Action WMN-01-1908 <br> : |
| GEORGE M. O'DONNELL, et al. | : |

### MEMORANDUM AND ORDER

    Before the Court is Defendants' Motion to Dismiss, or in the Alternative to Administratively Close (Paper No. 4). The basis of Defendants' motion is that this case, which was removed from the Circuit Court for Queen Anne's County on June 28, 2001, is identical to other Complaints previously filed and currently pending before this Court. The Court finds that this case is, in fact, identical to an action already pending before this Court and that it would be a waste of judicial resources for two identical suits to be maintained.

    Accordingly, IT IS this **3rd** day of July 2001, by the United States District Court for the District of Maryland, hereby ORDERED:

    1. That Defendants' Motion to Dismiss, or in the Alternative to Administratively Close (Paper No. 4) is hereby GRANTED;

    2. That this case is hereby CLOSED;

    3. That the Clerk of the Court shall mail or transmit copies

of this memorandum and order to all counsel of record.

                                                                   /s/ William M. Nickerson  
                                                                   William M. Nickerson  
                                                                   United States District Judge